IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY MEZA,

       Plaintiff,                  No. CIV S-09-0356 GGH P

   vs.

DEUEL VOCATIONAL INSTUTION, et al.,

       Defendants.            ORDER

_____/

       By order filed April 1, 2009, the court granted plaintiff thirty days to file an amended complaint. In the April 1st order, the court informed plaintiff of the deficiencies in his complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       For the reasons given in the April 1, 2009, order, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: June 12, 2009

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:035
meza.fta